# UNITED STATES DISTRICT COURT
for the
District of Alaska

| KA WEST | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-00102-JMK |
| ALAKSA AIRLINES, INC. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Alaska Airlines, Inc. recover of plaintiff Ka West defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with post-judgment interest thereon at the rate of __.12__% as provided by law.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

                                                                            **Brian D. Karth**

Date: November 25, 2020                                                             Brian D. Karth
                                                                                                          Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*